UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:26-cv-61499-WPD

AZG ENTERPRISES, INC.,

Plaintiff,

v.

ACD LOGISTICS, LLC a/k/a ACDL LLC,
ARJUN DHILLON, BENJAMIN ANTHONY,
and DANIEL CATONE,

Defendants.

---

**FINAL DEFAULT JUDGMENT AGAINST DEFENDANT ARJUN DHILLON**

THIS CAUSE is before the Court upon Plaintiff's Motion for Default Final Judgment Against Dhillon, filed on July 17, 2026 [DE 19], which the Court granted today by separate Order. Pursuant to Federal Rule of Civil Procedure 58(a), the Court enters this separate final judgment.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Judgment is in favor of Plaintiff AZG Enterprises, Inc., and against Defendant Arjun Dhillon, in the amount of $155,000.00, for sum which let execution issue;
2. This judgment shall bear interest at the rate prescribed by 28 U.S.C. § 1961;
3. It is further ordered and adjudged that defendant Arjun Dhillon shall complete under oath Florida Rule of Civil Procedure Form 1.977 (Fact Information Sheet), including all required attachments, and serve it on Plaintiff's attorney, within 45 days from the date of this judgment, unless the final judgment is satisfied or post-judgment discovery is stayed;

4. The Clerk is **DIRECTED** to **MAIL** a copy of this Order to the address below;

5. This action remains open as to the remaining Defendants.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 4th day of August, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record

**Arjun Dhillon**
216 Running Wolf Court
Roseville, CA 95747-7105
ajdhillon300@gmail.com
PRO SE