UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 26-cv-61499-WPD

AZG ENTERPRISES, INC.,

Plaintiff,

v.

ACD LOGISTICS, LLC, *et al.*,

Defendants.

______________________________________/

**NOTICE OF APPEARANCE AS COUNSEL**

PLEASE TAKE NOTICE that James M. Slater of Slater Legal PLLC hereby appears on behalf of Defendants ACD Logistics, LLC, Benjamin Anthony, and Daniel Cantone. All papers, pleadings, notices, and orders should be served to the undersigned at james@slater.legal.

Dated: August 21, 2026

Respectfully submitted,

*/s/ James M. Slater*

James M. Slater (FBN 111779)
SLATER LEGAL PLLC
9000 Dadeland Blvd #1500
Miami, Florida 33156
Tel. (305) 523-9023
james@slater.legal

*Attorneys for Defendants ACD Logistics, LLC, Benjamin Anthony and Daniel Cantone*