**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

Case No. 0:26-cv-61499-WPD

AZG ENTERPRISES, INC.,

Plaintiff,

v.

ACD LOGISTICS, LLC a/k/a ACDL LLC,
BENJAMIN ANTHONY, DANIEL CATONE,
ARJUN DHILLON,

Defendants.

**MOTION TO APPEAR *PRO HAC VICE*,**
**CONSENT TO DESIGNATION, AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Kalpana Nagampalli of ESCA Legal LLC, 55 Broadway, 3rd Floor, New York, NY 10005 telephone (347) 519-4323, for purposes of appearance as counsel on behalf of Defendants Benjamin Anthony ("Anthony") and Daniel R. Catone ("Catone," and together with Anthony, the "Individual Defendants"), joined in part by Defendant ACD Logistics, LLC ("ACD Logistics" or the "Company," and collectively, "ACDL Defendants") in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Kalpana Nagampalli to receive electronic filings in this case, and in support thereof states as follows:

1. Kalpana Nagampalli is not admitted to practice in the Southern District of Florida and is an attorney in good standing admitted to practice in New York and California. Ms. Nagampalli is also admitted to the United States District Courts for the Southern and Eastern Districts of New York, the Supreme Court of the United States, and the Federal Circuit of Appeals.

2. Movant, James M. Slater, of Slater Legal PLLC, 9000 Dadeland Blvd #1500, Miami, FL 33156, telephone (305) 523-9023, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Kalpana Nagampalli has made payment of this Court's $200 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Kalpana Nagampalli, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Kalpana Nagampalli, at the email address: kalpana@esca.legal.

WHEREFORE, James M. Slater moves this Court to enter an Order permitting Kalpana Nagampalli to appear before this Court on behalf of Defendants ACD Logistics, LLC., Benjamin Anthony and Daniel Cantone. for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Kalpana Nagampalli.

Date: August 21, 2026

Respectfully submitted,

**James M. Slater**
James M. Slater (FBN 111779)
Slater Legal PLLC
9000 Dadeland Blvd. #1500
Miami, FL 33156
Tel.: (305) 523-9023
james@slater.legal

*Attorneys for Defendant ACD Logistics, LLC. Benjamin Anthony and Daniel Cantone.*