**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF FLORIDA**

Case No. 0:26-cv-61499-WPD

AZG ENTERPRISES, INC.,

Plaintiff,

v.

ACD LOGISTICS, LLC a/k/a ACDL LLC,
BENJAMIN ANTHONY, DANIEL CATONE,
ARJUN DHILLON,

Defendants.

**ORDER DENYING WITHOUT PREJUDICE MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Kalpana Nagampalli, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion")[DE 30], pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that the Motion [DE 30] is DENIED WITHOUT PREJUDICE as the Motion is noncompliant with L.R. Rule 4(b) requiring the *pro hac vice* attorney to sign the certification.

DONE AND ORDERED in Chambers at Fort Lauderdale, Florida, this 24th day of August, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to: All Counsel of Record