**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

Case No. 0:26-cv-61499-WPD

AZG ENTERPRISES, INC.,

Plaintiff,

v.

ACD LOGISTICS, LLC a/k/a ACDL LLC,
BENJAMIN ANTHONY, DANIEL CATONE,
ARJUN DHILLON,

Defendants.

**CERTIFICATION OF KALPANA NAGAMPALLI**

Kalpana Nagampalli, Esq., pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that:

1. I have studied the Local Rules of the United States District Court for the Southern District of Florida;

2. I am an attorney in good standing admitted to practice in New York United States District Courts for the Southern and Eastern Districts of New York, the Supreme Court of the United States, and the Federal Circuit of Appeals; and

3. I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

Kalpana Nagampalli

Kalpana Nagampalli