**ACD LOGISTICS, LLC**

**MINUTES OF SPECIAL MEETING OF MEMBERS**

**Date**: Saturday, December 6, 2025

**Time:** 4 PM EST

**Location:** Zoom Meeting send via email to all members.

A Special Meeting of the Members of ACD Logistics, LLC was convened following proper notice.

All Members Present:

1. Benjamin Anthony – 33%
2. Daniel Catone – 33%
3. Arjun Dhillon – 34%

A quorum was established.

1. Discussion of Misconduct

Members reviewed evidence that Member Arjun Dhillon diverted Company funds for personal use, failed to account for Company assets, and violated duties owed to the Company.

2. Vote on Removal of Member

Pursuant to Section III(D) of the Operating Agreement, the Members voted on the involuntary removal of Arjun Dhillon.

Vote results:

- YES: 66 %

- NO: 34%

*The motion PASSED. The Member is removed effective immediately.*

3. Removal from Management / Officer Roles

Under Sections VI(D) and VII(A), Members voted to remove Arjun Dhillon from all Manager and/or Officer roles.

Vote results:

- YES: 66%

- NO: 34%

Management removal PASSED.

4. Buyout Election Discussion

Members discussed purchasing back the former Member’s Membership Interest immediately. A Separation Agreement including the purchase of Membership Interest was sent to Arjun after the meeting.

5. Litigation Hold

Members unanimously agreed to issue a litigation hold notice to preserve all evidence related to the misconduct.

6. Demand for Accounting / Return of Funds

Members authorized counsel to issue a demand for a full accounting and return of funds and admission of liability.

Meeting adjourned at 4:22 pm EST.

Signed: ______/s/ Zakari Kurtz, Esq._______

Secretary (or Acting Secretary)