**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 0:26-cv-61499-WPD

AZG ENTERPRISES, INC.,

Plaintiff,

v.

ACD LOGISTICS, LLC a/k/a ACDL LLC, BENJAMIN ANTHONY, DANIEL CATONE, ARJUN DHILLON,

Defendants.

## ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

THIS CAUSE is before the Court on the Amended Motion to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing [DE 32] ("Motion"), filed on August 24, 2026. The Court has carefully reviewed the Motion and is otherwise fully advised in the premises.

It is hereby **ORDERED AND ADJUDGED** that the Motion [DE 32] is **GRANTED**. Kalpana Nagampalli may appear as co-counsel on behalf Defendants ACD Logistics, LLC., Benjamin Anthony and Daniel Cantone in the above-styled case only. The Clerk shall provide electronic notification of all electronic filings to Kalpana Nagampalli at kalpana@esca.legal.

The Court reserves the power to withdraw permission for special appearance prior to and during the time of trial. Failure to abide by any Court order or failure to appear at any scheduled matter may result in immediate revocation of counsel's *pro hac vice* status. Local counsel must be ready to adequately represent the party at any time, including conducting the actual trial.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 25th day of August, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
All Counsel of Record