UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:26-cv-61499-WPD

**AZG Enterprises, Inc.**,

Plaintiff,

v.

**ACD LOGISTICS, LLC a/k/a ACDL LLC and ARJUN DHILLON.**,

Defendants.

_____________________________________/

**ORDER DENYING AS MOOT MOTION TO DISMISS**

THIS CAUSE is before the Court upon Defendant's Motion to Dismiss [DE 33], filed on August 24, 2026, and Plaintiff's Amended Complaint, filed September 8, 2026. [DE 35]. The Court has reviewed the Motion and the record and is otherwise fully advised in the premises. Because of Plaintiff's Amended Complaint, Defendant's Motion to Dismiss [DE 33] is moot.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion [DE 33] is **DENIED AS MOOT.**

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 9th day of September, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record