**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| AZG ENTERPRISES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ACD LOGISTICS, LLC a/k/a ACDL LLC and ARJUN DHILLON,<br><br>Defendants. | Case No. 0:26-cv-61499-WPD |

**DEFENDANT ACD LOGISTICS, LLC'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1, Defendant ACD Logistics, LLC ("ACD Logistics") states as follows:

1. ACD Logistics is a Wyoming limited liability company. It is not a publicly held corporation. It has no parent corporation, and no publicly held corporation owns 10% or more of its membership interests.
2. Jurisdiction in this action is alleged to be based on diversity of citizenship under 28 U.S.C. § 1332(a). (Doc. 35 ¶ 4.) Pursuant to Fed. R. Civ. P. 7.1(a)(2), ACD Logistics identifies its members and their citizenship as follows:
    a. Benjamin Anthony, a citizen of the State of Indiana; and
    b. Daniel Catone, a citizen of the State of Wyoming.
3. No other person or entity holds a membership interest in ACD Logistics.

Dated: September 22, 2026.

Respectfully submitted,

**James M. Slater**
James M. Slater, Esq. (FBN 111779)
SLATER LEGAL PLLC
9000 Dadeland Blvd. #1500
Miami, FL 33156
Tel.: (305) 523-9023
james@slater.legal

Kalpana Nagampalli, Esq. (*Pro hac vice*)
ESCA LEGAL LLC
55 Broadway, 3rd Floor
New York, NY 10006
P: 347-519-4323
kalpana@esca.legal

*Attorneys for Defendant ACD Logistics, LLC*