UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-61499-CIV-DIMITROULEAS

AZG ENTERPRISES, INC.,

Plaintiff,

v.

ACD LOGISTICS, LLC a/k/a ACDL LLC
And ARJUN DHILLON,

Defendants.
______________________________________/

**ORDER DENYING MOTION WITHOUT PREJUDICE**

THIS CAUSE is before the Court upon Defendant's Motion to Dismiss Plaintiff's Amended Complaint [DE 37] (the "Motion"), filed herein on September 22, 2026. The Court has carefully considered the Motion and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** that the Motion [DE 37] is hereby **DENIED WITHOUT PREJUDICE** to file a motion that complies with the requirements of S.D. Fla. L.R. 7.1(a)(3)[1], which requires the moving party to certify that it has conferred, or describes a reasonable effort to confer, with the parties affected in a good faith effort to resolve the dispute.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 23rd day of September, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

---

[1] The Motion does not fall into the enumerated categories exempted from the pre-filing conference required of counsel. *See* Rule 7.1(a)(3). While a Motion to dismiss for failure to state a claim pursuant to FRCP 12(b)(6) is exempt from the conference requirement, a Motion to dismiss for lack of jurisdiction pursuant to FRCP 12(b)(2) is not exempt.

Copies furnished to:
Counsel of record