IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 0:26-cv-61499-WPD

AZG ENTERPRISES, INC.,

Plaintiff,

v.

ACD LOGISTICS, LLC a/k/a ACDL LLC and
ARJUN DHILLON,

Defendants.

---

**JOINT PROPOSED SCHEDULING ORDER**

Upon consideration of the Local Rules for the United States District Court for the Southern District of Florida, the Court assigns this matter to the Standard Track. The Court sets forth the following deadlines:

A. The case is assigned to a Standard Track.

B. This is a jury trial.

C. The following timetable shall govern the pretrial procedure in this case:

(1) Deadline for serving Initial Disclosures: October 15, 2026.

(2) Deadline to select mediator and schedule mediation: November 12, 2026.

(3) Deadline to add parties or amend pleadings: December 14, 2026.

(4) Deadline to complete mediation: April 30, 2027.

(5) Deadline for completing all discovery: March 26, 2027.

(6) Deadline for filing dispositive and Daubert motions: May 26, 2027.

(7) Deadline for submission of joint pre-trial stipulation, proposed findings of fact, and conclusions of law: September 3, 2027.

(8) Date for Calendar Call: ________________.

(9) Date for trial: September 27, 2027.

DONE AND ORDERED in Fort Lauderdale, Florida this ___ day of ___________, 2026.

_______________________________
WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE