IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 0:26-cv-61499-WPD

AZG ENTERPRISES, INC.,

Plaintiff,

v.

ACD LOGISTICS, LLC a/k/a ACDL LLC,
and ARJUN DHILLON,

Defendants.

---

**AGREED MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

Plaintiff AZG Enterprises, Inc. ("Plaintiff"), hereby files this agreed motion for extension of time to respond to defendant ACD Logistics, LLC a/k/a ACDL LLC ("ACD Logistics") Renewed Motion to Dismiss Plaintiff's First Amended Complaint (the "Motion to Dismiss") [D.E. 40] , and in support thereof states as follows:

1. This action was filed on May 19, 2026. See D.E. 1.

2. On August 24, 2026, ACD Logistics filed a Motion to Dismiss the Complaint. See D.E. 33.

3. Thereafter, on September 8, 2026, Plaintiff filed its First Amended Complaint. See D.E. 35.

4. On September 23, 2026, ACD Logistics filed a Renewed Motion to Dismiss Plaintiff's First Amended Complaint. See D.E. 40.

5. The Parties are actively working towards a settlement.

6. On October 6, 2026, undersigned reached out via email to counsel for ACD Logistics to request a 14-day extension to file a response to the Renewed Motion to Dismiss, to which counsel for ACD Logistics agreed.

7. Plaintiff brings this Motion in good faith and not for the purpose of delay.

For the reasons stated above, Plaintiff respectfully requests that the Court grant its Agreed Motion for Extension of Time to Respond to the Motion to Dismiss to October 20, 2026.

DESOUZA LAW, P.A.
3111 N. University Drive
Suite 301
Coral Springs, FL 33065
Telephone: (954) 603-1340
DDesouza@desouzalaw.com

*Attorneys for Plaintiff*

By: /s/ Daniel DeSouza
Daniel DeSouza, Esq.
Florida Bar No.: 19291

**CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record. I further certify that, on October 6 2026, I served the foregoing document via US Mail to: Arjun Dhillon, 216 Running Wolf Ct, Roseville, CA 95747 and via Email to (ajdhillon300@gmail.com).

DESOUZA LAW, P.A.

By: /s/ Daniel DeSouza, Esq.
Daniel DeSouza, Esq.