IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 0:26-cv-61499-WPD

AZG ENTERPRISES, INC.,

Plaintiff,

v.

ACD LOGISTICS, LLC a/k/a ACDL LLC,
and ARJUN DHILLON,

Defendants.

---

**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

**THIS CAUSE** came before the Court on plaintiff AZG Enterprises, Inc. ("Plaintiff") *Agreed* Motion for Extension of Time to Respond to Defendant ACD Logistics, LLC a/k/a ACDL LLC ("ACD Logistics") Renewed Motion to Dismiss Plaintiff's First Amended Complaint ("Motion to Dismiss") (the "Motion"). Being fully advised, it is

**ORDERED AND ADJUDGED** as follows:

1. The Motion **[D.E. __]** is **GRANTED.**

2. Plaintiff shall file its Response to ACD Logistics' Motion to Dismiss on or before October 20, 2026.

BY THE COURT:

DATED:

______________________________
WILLIAM P. DIMITROULEAS
U.S. DISTRICT JUDGE