UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-61499-CIV-DIMITROULEAS

AZG ENTERPRISES, INC.,

Plaintiff,

v.

ACD LOGISTICS, LLC A/K/A
ACDL LLC, AND ARJUN DHILLON,

Defendants.
______________________________________/

**ORDER GRANTING EXTENSION OF TIME TO RESPOND TO MOTION**

THIS CAUSE is before the Court upon Plaintiff's Agreed Motion for Extension of Time to Respond to Defendant's Renewed Motion to Dismiss (the "Motion") [DE 44], filed herein on October 6, 2026. The Court has carefully considered the Motion, notes it is unopposed, and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the Motion [DE 44] is **GRANTED**. Plaintiff shall respond to the Motion to Dismiss on or before **October 20, 2026.**

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 7th day of October, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record