IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 0:26-cv-61499-WPD

AZG ENTERPRISES, INC.,

Plaintiff,

v.

ACD LOGISTICS, LLC a/k/a ACDL LLC and
ARJUN DHILLON,

Defendants.

---

**JOINT NOTICE OF SETTLEMENT**

Plaintiff AZG Enterprises, Inc. ("Plaintiff") and defendant ACD Logistics, LLC a/k/a ACDL LLC ("ACD Logistics") hereby give notice that the parties have reached a settlement in principle that fully resolves this lawsuit. The parties are in the process of finalizing a written settlement agreement and anticipate filing a stipulation of dismissal with prejudice within the next 60 days, and ask that the Court stay any intervening deadlines/cancel any upcoming hearings to allow the parties to complete the terms of their settlement.

Dated: October 13, 2026.

DESOUZA LAW, P.A.
3111 N. University Drive
Suite 301
Coral Springs, FL 33065
Telephone: (877) 437-6228
dan@copycatlegal.com

*Attorneys for Plaintiff*

SLATER LEGAL PLLC
9000 Dadeland Blvd.
Suite 1500
Miami, FL 33156
TEL.: (305) 523-9023
james@slater.legal

*Attorneys for ACD Logistics*

By: /s/ James M. Slater

By: /s/ Daniel DeSouza
Daniel DeSouza, Esq.
Florida Bar No.: 19291

James M. Slater, Esq.
Florida Bar No.: 111779

ESCA LEGAL LLC
55 Broadway, 3rd Floor
New York, NY 10006
P: 347-519-4323
kalpana@esca.legal

By: /s/ Kalpana Nagampalli
Kalpana Nagampalli, Esq.

**CERTIFICATE OF SERVICE**

I hereby certify that on October 13, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

/s/ Daniel DeSouza
Daniel DeSouza, Esq.