UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-61499-CIV-DIMITROULEAS

AZG ENTERPRISES, INC.,

Plaintiff,

v.

ACD LOGISTICS, LLC a/k/a ACDL LLC and
ARJUN DHILLON,

Defendants.
_____________________________________/

**ORDER ON NOTICE OF SETTLEMENT**

THIS CAUSE came before the Court on the Joint Notice of Settlement [DE 46] (the "Notice"), filed on October 13, 2026. The Court has reviewed the Notice and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** that **t**he Parties shall file appropriate dismissal papers[1] on or before **December 13, 2026**. All pending motions are **DENIED as moot.**

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 16th day of October, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

[1] If the parties expect the Court to retain jurisdiction over a settlement agreement, the stipulation of dismissal must include language conditioning the stipulation on the Court retaining jurisdiction to enforce the settlement agreement. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F. 3d 1272, 1280 (11th Cir. 2012).

Copies furnished to:
All counsel of record