IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 0:26-cv-61499-WPD

AZG ENTERPRISES, INC.,

Plaintiff,

v.

ACD LOGISTICS, LLC a/k/a ACDL LLC,
and ARJUN DHILLON,

Defendants.

---

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff AZG Enterprises, Inc. ("Plaintiff"), and defendant ACD Logistics, LLC a/k/a ACDL LLC ("ACD Logistics") (each a "Party" and collectively, the "Parties"), hereby jointly and mutually stipulate to the dismissal of all claims asserted herein by virtue of any pleading entered or filed in this proceeding, with prejudice, and with each Party to bear their own costs and attorneys' fees incurred in this lawsuit. The Parties have entered into a confidential settlement agreement that fully resolves this lawsuit. This dismissal does not apply to Arjun Dhillon. Nothing herein shall affect the Default Final Judgment entered against Arjun Dhillon.

Dated: November 10, 2026.

COPYCAT LEGAL PLLC
3111 N. University Drive
Suite 301
Coral Springs, FL 33065
Telephone: (877) 437-6228
dan@copycatlegal.com

SLATER LEGAL PLLC
9000 Dadeland Blvd.
Suite 1500
Miami, FL 33156
TEL.: (305) 523-9023
james@slater.legal

*Attorneys for Plaintiff*

By: /s/ Daniel DeSouza
Daniel DeSouza, Esq.
New Jersey Bar No.: 431532024

*Attorneys for ACD Logistics*

By: /s/ James M. Slater
James M. Slater, Esq.
Florida Bar No.: 111779

ESCA LEGAL LLC
55 Broadway, 3rd Floor
New York, NY 10006
P: 347-519-4323
kalpana@esca.legal

By: /s/ Kalpana Nagampalli
Kalpana Nagampalli, Esq.

**CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record. I further certify that, on November 10, 2026, I served the foregoing document via US Mail to: Arjun Dhillon, 216 Running Wolf Ct, Roseville, CA 95747, and via Email to (ajdhillon300@gmail.com).

DESOUZA LAW, P.A.

By: /s/ Daniel DeSouza, Esq.
Daniel DeSouza, Esq.