UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-61499-CIV-DIMITROULEAS

AZG ENTERPRISES, INC.,

Plaintiff,

v.

ACD LOGISTICS, LLC a/k/a ACDL LLC, and ARJUN DHILLON,

Defendant.
_______________________________________/

**ORDER APPROVING STIPULATION OF DISMISSAL**

THIS CAUSE is before the Court upon Plaintiff AZG Enterprises, Inc. and Defendant ACD Logistics, LLC's Joint Stipulation of Voluntary Dismissal with Prejudice [DE 48] ("Stipulation"), filed herein on November 10, 2026. The Court has carefully considered the Stipulation, notes signatures of counsel, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation [DE 48] is hereby **APPROVED**;
2. The case is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and fees except as otherwise agreed;
3. The Stipulation does not affect the Default Judgment entered against Defendant Arjun Dhillon on August 4, 2026, [DE 25].
4. This Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida on this 10th day of November, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record